UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER
11 Dupont Circle NW
Suite 400
Washington, DC 20036-1226, and

ROBERT COWARD
4136 East Capitol Street, NE
Washington DC 20019

      Plaintiffs,

v.

DISTRICT OF COLUMBIA
Office of the Mayor of the
District of Columbia
441 Fourth Street, NW
Washington, DC 20001

      Defendant.

Docket No. _____

Jury Trial Demanded

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

  I, the undersigned, counsel of record for Equal Rights Center, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the Equal Rights Center which have any outstanding securities in the hands of the public.

1

Respectfully submitted,

E. Elaine Gardner
Bar Identification No. 271262
Washington Lawyers' Committee for Civil Rights
  and Urban Affairs
11 Dupont Circle, NW  Suite 400
Washington, DC 20036
(202) 319-1000 ext. 131
(202) 319-1010 facsimile


_____
Daniel B. Silver
Bar Identification No. 122879
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006-1801
202-974-1500

*Counsel for Plaintiffs*

Dated:  January 31, 2007

2