AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Equal Rights Center,
and Robert Coward

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia

CASE NUMBER  1:07CV00221

JUDGE: Rosemary M. Collyer

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 01/31/2007

TO: (Name and address of Defendant)
District of Columbia
Serve: Office of the Mayor of the
District of Columbia
441 Fourth Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel B. Silver
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         JAN 3 1 2007
CLERK                                            DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Equal Rights Center, et al.

vs.

District of Columbia

No. 1:07CV00221

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint and Disclosure of Corporate Affiliation and Financial Interests in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:34 am on February 2, 2007, I served District of Columbia c/o Office of the Mayor of the District of Columbia at 1350 Pennsylvania Avenue, NW, Washington, DC 20005 by serving Arlethia Thompson, Legal Assistant, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    35
 HEIGHT-    5'11"
   HAIR-    BLACK
 WEIGHT-    250
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  02-05-07
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 183317