**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EQUAL RIGHTS CENTER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0221 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant ) | |

**MOTION OF DEFENDANT DISTRICT OF COLUMBIA TO ENLARGE TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., Defendant, District of Columbia (hereinafter "the District"), by counsel, hereby respectfully request an enlargement of time to respond to the Plaintiffs' complaint until April 30, 2007.

1. The answer to Plaintiffs' complaint is due to be filed on February 22, 2007.

2. The District sought from Plaintiffs' counsel a sixty (60) day extension of time to answer or otherwise respond to the complaint; however, Plaintiffs' counsel agreed only to an extension to March 9, 2007.

3. Nevertheless, the District requests a sixty (60) day extension of time, until April 30, 2007, to answer or otherwise respond to the complaint. The District is expeditiously and seriously exploring a possible resolution to the issues raised in Plaintiffs' complaint and the additional time is needed to hold interdepartmental meetings with stakeholders. Such meetings and agreed-upon course of action may obviate the need for Court proceedings or alternatively, require only limited mediation.

5. This enlargement will not prejudice any party.

6.        The enlargement of time is not being interposed for purposes of delay.

WHEREFORE, Defendant requests an enlargement of time to file an answer or other responsive pleading to Plaintiffs' Complaint for a period of sixty days, until April 30, 2007, from service of the Complaint.

                                      Respectfully submitted,

                                      LINDA SINGER
                                      Acting General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

                                      ELLEN EFROS [250746]
                                      Chief, Equity I


                                      __/s/ Denise J. Baker_____
                                      DENISE J. BAKER [493414]
                                      Assistant Attorney General, DC
                                      441 Fourth Street, NW
                                      Sixth Floor South
                                      Washington, DC  20001
                                      202-442-9887

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0221 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

Respectfully submitted,

LINDA SINGER
Acting General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity I


__/s/ Denise J. Baker_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER, et al. | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 07-0221 (RMC) |
| DISTRICT OF COLUMBIA | ) ) ) | |
| Defendant | ) ) | |

**ORDER**

Upon consideration of Defendant District of Columbia's Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____day of _____, 2007, for the reasons stated by defendant in its papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the defendant may answer or otherwise respond to the Plaintiffs' complaint within sixty days from the date of service of the complaint on April 30, 2007.

_____
UNITED STATES DISTRICT JUDGE