UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0221 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant ) | |

**REPORT OF DISTRICT OF COLUMBIA
AS REQUIRED BY MINUTE ORDER DATED FEBRUARY 22, 2007**

The District of Columbia (hereinafter "the District"), by undersigned counsel, files this report pursuant to Order of the Court dated February 22, 2007. The report shows that the District, through its various agencies and offices, has made significant strides to review, consider, and address concerns raised by Plaintiffs' complaint. The efforts, which are discussed more fully below, include:

1. Intra-agency and interagency planning meetings to establish roles and process for systemic results;

2. Meeting and discussions between counsel for Plaintiffs and Defendant;

3. Changes in D.C disability law that create a separate agency to oversee disability-related issues;

4. Award of Architectural and Engineering contracts to remediate signage and other issues;

5. Proposed amendments to D.C. regulations; and,

6. Implementation of building remediation.

1

1. **Inter-agency Meetings**

The Office of Property Management (OPM), Office of the Attorney General (OAG), Executive Office of the Mayor (OEM), and the Office of Risk Management (ORM) have met monthly since the complaint was filed.  The purpose of the meetings was to outline, coordinate and review actions taken and completed, and well as to discuss proposed actions, findings and duties.  This group, which may include additional D.C. government departments and offices as necessary, will continue to meet monthly.

2. **Meetings with Plaintiffs' Counsel**

On March 19, 2007, counsel for the parties met to discuss drafting this report to the Court, and possible outcomes for the litigation.  Counsel plans to meet again with members of ORM and OPM present within the next month.

3. **Changes in D.C. Disability Law**

On March 8, 2007, D.C Code 16-239 was approved by Congress to establish an ADA Compliance Program and to establish the Office of Disability Rights (ODR).  ODR shall assume the duties of ORM as soon as the ODR Director is appointed.  ODR shall assume the duties of the Mayor's Committee on Persons with Disabilities on October 1, 2008.  In effect, ODR is expected to coordinate ADA compliance issues city-wide.

4. **Architectural and Engineering Contract Award**

The District has engaged a firm to review District needs with respect to handicap signage in its buildings.

5. **Proposed Amendment of Regulations**

Intradepartmental discussions revealed that physical changes to an elevator for ADA compliance would be thwarted by the current building standards as reflected in the code.  As a

result, the Department of Consumer and Regulatory Affairs (DCRA) was contacted to review and modify the regulation or adopt a new standard by emergency legislation.

### 6. Remediation of Buildings

ADA-related remediation of the Wilson Building is ongoing.  For example, the sidewalk curb cuts have been striped to prevent parked cares from blocking wheelchair access to the curbs.  Also, the automatic door on the D Street entrance has been repaired.

### Conclusion

The parties have made concerted efforts to address the issues raised in the complaint and plan to continue doing so.

    Respectfully submitted,

    LINDA SINGER
    Acting General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    ELLEN EFROS [250746]
    Chief, Equity I

    __/s/ Denise J. Baker_____
    DENISE J. BAKER [493414]
    Assistant Attorney General, DC
    441 Fourth Street, NW
    Sixth Floor South
    Washington, DC  20001
    202-442-9887