AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center and Robert Coward )
        Plaintiff(s) )
                        )    **APPEARANCE**
                        )
        vs. )    CASE NUMBER  1:07CV00221
District of Columbia )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Elaine Gardner   as counsel in this
                                        (Attorney's Name)

case for:  All Plaintiffs
               (Name of party or parties)

April 10, 2007
Date

                                    /s/ Elaine Gardner
                                    Signature

271262
BAR IDENTIFICATION

                                    Elaine Gardner
                                    Print Name

                                    11 Dupont Circle NW Suite 400
                                    Address

                                    Washington   DC   20036
                                    City      State      Zip Code

                                    202-319-1000
                                    Phone Number