UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER, et al.,<br><br>          Plaintiffs,<br>     v.<br><br>DISTRICT OF COLUMBIA,<br><br>          Defendant | CASE NO. 1:07-cv-00221 (RMC) |

**PLAINTIFFS' SUPPLEMENTAL PLEADING
PURSUANT TO COURT ORDER ISSUED APRIL 2, 2007**

Pursuant to the Court's Order dated April 2, 2007, plaintiffs hereby submit a brief statement of the case and the statutory basis for all causes of action.

Plaintiffs allege that the District of Columbia fails to maintain its buildings, in particular its building at 1350 Pennsylvania Avenue, NW, Washington, DC 20004 ("the Wilson Building"), in a manner accessible to and usable by people with disabilities. Specifically, plaintiffs allege that the District of Columbia fails to ensure that accessible entrances are clearly marked, unlocked, and usable by people with disabilities. Plaintiffs further allege that many interior doors are too heavy to be operated by those with disabilities and that there is insufficient signage and training as to the location of accessible exits. Finally, plaintiffs allege that there is a failure throughout buildings owned or operated by the District of Columbia to develop emergency evacuation policies, procedures and practices that are accessible to and usable by people with disabilities. Plaintiffs assert that these failures by the District of Columbia are discriminatory

and deny them an equal opportunity to participate in and otherwise enjoy the benefits of District of Columbia programs and services.

The statutory bases for plaintiffs' causes of action are the Americans with Disabilities Act, 42 U.S.C. § 12132 *et seq.*, 28 C.F.R. § 35.130 *et seq.*, the Rehabilitation Act, 29 U.S.C. § 794 *et seq.*, 28 C.F.R. § 41.51 *et seq.*, 49 C.F.R. Pt. 27 *et seq.*, and the D.C. Human Rights Act, D.C. Code § 2-1401.01 *et seq.*

Respectfully submitted,

E. Elaine Gardner
Bar Identification No. 271262
Washington Lawyers' Committee for Civil Rights
  and Urban Affairs
11 Dupont Circle, NW  Suite 400
Washington, DC 20036
(202) 319-1000 ext. 131
(202) 319-1010 facsimile


/s/ Daniel B. Silver/ S.D.C.
Daniel B. Silver
Bar Identification No. 122879
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006-1801
202-974-1500


*Attorneys for the Plaintiffs*


Dated:  May 8, 2007

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On May 8, 2007, a copy of the foregoing Plaintiffs' Supplemental Pleading Pursuant to Court Order Issued April 2, 2007 was served by electronic transmission through the Court's CM/ECF System on the following parties:

> Denise J. Baker
> OFFICE OF THE ATTORNEY GENERAL FOR THE
> DISTRICT OF COLUMBIA
> 441 4th Street, NW
> Room 6S028
> Washington, DC 20001
> denise.baker@dc.gov

Dated: May 8, 2007                    /s/ Emily C. Capehart
                                      Emily C. Capehart