UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-221 (RMC) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

## SCHEDULING ORDER

After a scheduling conference held in open Court on February 8, 2008, it is hereby **ORDERED** that:

1. Plaintiff's designation of experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than July 8, 2008. Defendant's designation of experts and reports shall be made no later than August 8, 2008.

2. Each party is limited to a maximum of five (10) depositions.

3. Each party is limited to a maximum of twenty-five (25) interrogatories, including discrete subparts. Responses to all interrogatories shall be made thirty (30) days after service.

4. Each party is limited to a maximum of twenty-five (25) requests for admissions, including discrete subparts. Responses to all requests for admissions shall be made thirty (30) days after service.

5. All discovery shall be completed no later than October 1, 2008.

6. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

7. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P.

26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

8. A further status conference is scheduled for 10:00 a.m. on October 3, 2008, at which time a dispositive motion briefing schedule may be set as well as dates for a pretrial conference and a trial date. Counsel shall be prepared at the status conference to advise the court of the expected length of trial and of the number of fact and expert witnesses each party will present. Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date.

9. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiffs' counsel shall advise this Court by promptly filing a stipulation.

10. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: February 8, 2008                                   /s/
                                                        ROSEMARY M. COLLYER
                                                        United States District Judge