**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EQUAL RIGHTS CENTER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0221 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant ) | |

**DEFENDANT, DISTRICT OF COLUMBIA'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY AND ENLARGEMENT OF SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b), the Defendant, District of Columbia (hereinafter "the District"), by and through undersigned counsel, moves this Court for a 45-day extension of time to respond to the discovery requests propounded by the Plaintiffs, and an enlargement of the Scheduling Order entered on February 8, 2008 for the following reasons:

The Defendant's counsel was served with the Plaintiffs' discovery on March 3, 2008. Under the present schedule, the deadline for the Defendant to produce its discovery responses to Plaintiffs' counsel is April 7, 2008; however, due to the number of sources and sheer volume of documents, not all have been retrieved and sorted.

This Court entered a Scheduling Order on February 8, 2008. The Scheduling Order calls for discovery to be completed by October 1, 2008, with expert reports due July 8, 2008 for Plaintiffs and August 8, 2008 for Defendant. A status conference is scheduled for October 3, 2008, at 10:00 a.m.

The District requests a forty-five (45) day extension of time to complete responses to the discovery requests served by Plaintiffs. Concomitantly, the parties seek a forty-five (45) day enlargement of the Scheduling Order.

Plaintiffs consent to the relief sought by this motion.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto and incorporated by reference. A proposed Order is filed herewith.

WHEREFORE, the District respectfully requests that the Court grant this Motion to extend the time for responses to outstanding discovery and to enlarge the Scheduling Order.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
ELLEN EFROS [250746]
Equity I, Section Chief

_____/s/_____
DENISE J. BAKER
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| EQUAL RIGHTS CENTER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-0221 (RMC) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY AND ENLARGEMENT OF SCHEDULING ORDER**

Pursuant to SCR Civil 6(b), the District of Columbia ("the District"), by and through counsel, moves this Court for an Order extending time for the District to respond to outstanding discovery propounded by the Plaintiffs, and an enlargement of the scheduling order in this action by an additional forty-five (45) days for the following reasons:

1. Fed. R. Civ. Pro. 6(b).

2. Consent of the parties.

3. No party will be prejudiced by the grant of this extension of time.

4. The record herein.

WHEREFORE, for the reasons set forth herein, the Defendant moves this Court to extend the discovery deadline for the District to respond to Plaintiffs' discovery by an additional forty-five (45) days, and to enlarge the scheduling order for an additional forty-five (45) days.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
ELLEN EFROS [250746]
Equity I, Section Chief

\_\_\_\_\_/s/_____
DENISE J. BAKER
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
Denise.baker@dc.gov

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, et al.     )
                                )
            Plaintiffs,         )
                                )
       v.                       )   Civil Action No. 07-0221 (RMC)
                                )
DISTRICT OF COLUMBIA            )
                                )
            Defendant           )
                                )

# O R D E R

Upon consideration of the Consent Motion for Extension of Time to Respond to Discovery Requests and to Enlarge the Scheduling Order, and the entire record in this matter, it is, by the Court, this _____ day of _____, 2008,

ORDERED that the Motion is GRANTED;

FURTHER ORDERED that the District may respond to the Plaintiffs' discovery requests on or before May 22, 2008;

FURTHER ORDERED that the Scheduling Order for this matter is amended as follows:

| | |
|---|---|
| Deadline for Plaintiffs' expert reports: | August 22, 2008 |
| District Defendants' expert reports: | September 22, 2008 |
| Discovery Closed: | November 17, 2008 |
| Status Conference: | _____ |

FURTHER ORDERED that the Scheduling Order previously entered by this Court on February 8, 2008 is VACATED.

_____
Judge, District Court for the District of Columbia