UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER, et al. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA ) <br> ) <br> Defendant ) <br> ) | Civil Action No. 07-0221 (RMC) |

**JOINT MOTION FOR SUSPENSION OF DISCOVERY AND ENLARGEMENT OF SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b) and 29(b), the Plaintiffs, Equal Rights Center, et al., and the Defendant, the District of Columbia, by and through undersigned counsel, move for this Court to suspend discovery until November 1, 2008, an extension of Scheduling Order entered on February 8, 2008, and for a status conference to take place on or about November 1, 2008, for the following reasons:

Parties have discussed the possibility of returning to the mediation process. Parties are exchanging information about clients' requests and the realm of possible settlement solutions. Both parties desire a settlement and to avoid trial.

This Court entered a Scheduling Order on April 17, 2008. The Scheduling Order calls for discovery to be completed by November 17, 2008, with expert reports due on August 22, 2008 for Plaintiffs and September 22, 2008 for Defendant.

The parties jointly request this extension of time to allow for further mediation without the hindrance and costs of discovery processes. Concomitantly, the parties seek

to extend the time for a status conference until on or about the end of the requested discovery suspension on November 1, 2008.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto and incorporated by reference. A proposed Order is filed herewith.

All parties consent to the relief sought in this Joint Motion.

WHEREFORE, the District respectfully requests that the Court grant this Joint Motion to suspend discovery and enlarge the Scheduling Order.

Respectfully submitted:

For the Defendant:

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity Section I

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

For the Plaintiffs:

__/s/_____
E. Elaine Gardner
Director, Disability Rights Project
Washington Lawyers Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle, N.W. Suite 400

Washington, DC  20036
(202) 319-1000 ext. 131

_/s/_____
Daniel B. Silver
Bar Identification No. 122879
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
202-974-1500

_/s/_____
Sean D. Corey
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202.974.1532
Fax: 202.974.1999

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-0221 (RMC) |
| DISTRICT OF COLUMBIA | ) ) ) | |
| Defendant | ) ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR SUSPENSION OF DISCOVERY AND ENLARGEMENT OF SCHEDULING ORDER**

Pursuant to Rules 6(b) and 29(b), Fed. R. Civ. P., the parties, by and through counsel, move this Court for an Order suspending fact discovery until November 1, 2008, extending the Scheduling Order entered on February 8, 2008, and for a status conference to take place on or about November 1, 2008, for the following reasons:

1. Fed. R. Civ. P. 6(b)

2. Fed. R. Civ. P. 29(b)

3. Consent of both parties.

4. Neither party will be prejudiced by this suspension or extension of time.

5. The record herein.

WHEREFORE, for the reasons set forth herein, the parties jointly move this Court to suspend fact discovery until November 1, 2008, extend the scheduling order, and for a status conference on or about November 1, 2008.

Respectfully submitted:

For the Defendant:        PETER NICKLES

Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity Section I

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

For the Plaintiffs:   __/s/_____
E. Elaine Gardner
Director, Disability Rights Project
Washington Lawyers Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle, N.W.  Suite 400
Washington, DC  20036
(202) 319-1000 ext. 131


_/s/_____
Daniel B. Silver
Bar Identification No. 122879
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
202-974-1500


_/s/_____
Sean D. Corey
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202.974.1532
Fax: 202.974.1999

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0221 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant ) | |

**O R D E R**

Upon consideration of the parties' Joint Motion for Suspension of Discovery and Enlargement of Scheduling Order, and the entire record in this matter, it is, by this Court, this _____ day of _____, 2008,

ORDERED that the Motion is GRANTED:

FURTHER ORDERED that the Scheduling Order for this matter is amended as follows:

Discovery is suspended until:    November 1, 2008

Status Conference:    _____

FURTHER ORDERED that the Scheduling Order previously entered by this Court on April 17, 2008 is VACATED.

_____
ROSEMARY M. COLLYER
Judge, District Court for the District of Columbia

COPIES TO:

Denise J. Baker
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001

E. Elaine Gardner
Director, Disability Rights Project
Washington Lawyers Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.  Suite 400
Washington, DC  20036

Daniel B. Silver
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801

Sean D. Corey
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006